442 A.2d 335

Commonwealth v. Cunningham, Appellant.

Submitted May 5, 1981. Ronald R. Pellish, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and SPAETH and CAVANAUGH, JJ.

The judgment of sentence is hereby affirmed.